AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Kendrid Hamlin | )<br>)<br>) Case No. 0090 1:23CR00105-001<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Kendrid Hamlin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

see attached order.

Date: 1/16/26

City and State: Washington, DC

Issuing Officer's Signature

James Boasberg CJ
Printed Name and Title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1/28/26
at *(city and state)* Washington DC

Date: 1/26/26

Arresting Officer's Signature

Amanda Zi FBI
Printed Name and Title